MEMO ENDORSED

**ROBERT DAVID WERTH, ESQ.**
**550 Tenth Avenue, Suite 3502**
**New York, New York 10018**
**(347) 284-8620**
**robertdwerth@gmail.com**

April 28, 2026

**VIA EMAIL & ECF**
ALCarterNYSDChambers@nysd.uscourts.gov

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: <u>Goldpeach International LTD v. Kingstate Corp.</u>, Case No. 1:25-cv-09778-ALC**

Dear Judge Carter:

I represent defendant Kingstate Corp. ("Defendant") in this matter. Plaintiff Peachtree's ("Plaintiff") counsel has been copied herewith.

I respectfully request the deadline for the parties to submit a joint status report be extended through May 11, 2026 beyond the date initially set down in the Order dated April 10, 2026 (the "Order,") which is simply not feasible under the circumstances set forth below. *See* ECF No. 18. Counsel for Plaintiff has consented to this request.

While the Order contained a schedule for Plaintiff's submission date of its First Amended Complaint as Friday, April 24, 2026, as the document was not filed on ECF until after business hours, I am not in a position to meet the deadline for a joint status report currently due tomorrow, April 29, 2026 under the Order and for the reasons stated below.

While counsel for the Plaintiff met its Friday April 24th deadline for filing its amended complaint per the Order, albeit after business hours, and with the weekend taking over, yesterday was the earliest I was able to begin review of the revised pleading, which contains over 115 new pages to analyze as attachments and to pass this paperwork along to my client for their own review and analysis. Without having a reasonable period for my clients to review the amended pleading and its new attachments, then schedule a meeting with me to discuss the issues, I won't be in reasonable position to confer with Plaintiff's counsel and prepare a joint status report.

And to be clear, Plaintiff's filing which has resulted in our joint inability to strictly comply with the Order was a technical error, and clearly in my opinion just an inadvertent error. Plaintiff's

counsel and I have established a professional and respectful rapper, which has led to our consent to a recent application for the Plaintiff and his own consent to this request.

Making matters worse, the parties were notified yesterday afternoon that an SDNY clerk rejected Plaintiff's filing as a "deficient pleading," due to some necessary technical corrections, leaving us again to need to wait for the final submission from which my clients and I could begin our review and analysis. Those papers were filed on ECF around 8PM last evening. Due to these changes to the original schedule, and no intentional effort to delay matters by either counsel in this case, we have re-scheduled my client meeting to go over the new documents and related issues on Monday, May 4, 2026 which is the earliest we could arrange. Once complete and we are clear on our going-forward directions, I can then reach out to Plaintiff's counsel to hold a conversation for the purpose of creating a joint status report which can take a few days.

As a solo practitioner, this is the tightest time frame I can create to complete this matter so I hope the Court will abide by my respectful request.

Thank you for your kind attention to this matter.

Very truly yours,

Robert D. Werth

Robert D. Werth, Esq.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

April 28, 2026
New York, NY

CC:   Aleksander B. Milch, Esq. (Via ECF)
      Kingstate Corp. (Via Email)