**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **GOLDPEACH INTERNATIONAL LTD,**<br><br>                              **Plaintiff,**<br><br>                    **-against-**<br><br> **KINGSTATE CORP.,**<br><br>                              **Defendant.** | **1:25-cv-09778** (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the joint status report submitted by the parties informing the Court that Defendant still wishes to move to dismiss following Plaintiff's filing a First Amended Complaint. *See* ECF No. 23. The Court hereby **GRANTS** Defendant leave to file its motion to dismiss by **July 17, 2026**. Plaintiff may file its opposition by **August 17, 2026.** Any reply by Defendant may be filed by **August 27, 2026.**

**SO ORDERED.**

Dated:     **May 12, 2026**
              **New York, New York**

_____
              **ANDREW L. CARTER, JR.**
              **United States District Judge**