MEMO ENDORSED

**ROBERT DAVID WERTH, ESQ.**
**550 Tenth Avenue, Suite 3502**
**New York, New York 10018**
**(347) 284-8620**
**robertdwerth@gmail.com**

**August 13, 2026**

**VIA EMAIL & ECF**
ALCarterNYSDChambers@nysd.uscourts.gov

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Goldpeach International LTD v. Kingstate Corp., Case No. 1:25-cv-09778-ALC**

Dear Judge Carter:

I represent defendant Kingstate Corp. ("Defendant") in this matter. As instructed just now, this letter is issued as a follow to an email sent to the Court requesting a two-day extension to file Defendant's motion to dismiss.

As a solo practitioner, with a heavy caseload, returning from winding up the affairs of my recently deceased sister in Florida, I am deep in the midst of catch-up, which includes preparing Defendant's motion to dismiss which I've been working on all week and will through the weekend. The motion is currently scheduled for submission on Monday, August 17th but I need a modest amount of additional time to complete my paperwork.

Respectfully, I ask for a two-day extension of time to file our motion, from August 17th to August 19th. The schedule thereafter is for Plaintiff's opposition due September 17th, with our reply due September 28th.

Of course I checked with opposing counsel for his consent, having granted extensions to him previously, but as has been his pattern, he declined same. This type of bad faith, all too common these days, is both unprofessional and a pure waste of the time for the Court and staff as well as the undersigned. Such a short extension should be a no-brainer but this particular counsel feels otherwise as if his case depends on it.

I submit that the two additional days causes no prejudice to anyone so I would respectfully request the short extension.

Respectfully Submitted,

Robert D. Werth

Robert D. Werth, Esq.

Defendant's request for a two-day extension is GRANTED over plaintiff's objection. The Clerk of Court is respectfully directed to terminate the pending letter motion at ECF No. 27.

CC: Aleksander B. Milch, Esq. (Via ECF and email)
Kingstate Corp. (Via Email)

August 13, 2026

SO ORDERED:

Andrew L. Carter Jr.

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE