**ROBERT DAVID WERTH, ESQ.**
**550 Tenth Avenue, Suite 3502**
**New York, New York 10018**
**(347) 284-8620**
**robertdwerth@gmail.com**

**August 17, 2026**

**VIA EMAIL & ECF**
ALCarterNYSDChambers@nysd.uscourts.gov

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: Goldpeach International LTD v. Kingstate Corp., Case No. 1:25-cv-09778-ALC**

Dear Judge Carter:

I represent defendant Kingstate Corp. ("Defendant") in this matter and respectfully request a final two-day extension of time to file Defendant's motion to dismiss (for filing this Friday, August 21, 2026), with the first extension granted by the Court, setting Defendant's initial filing date for August 17, 2026 (CM/ECF Doc 26), with my second request filed on August 13, 2026, granting a two-day extension, moving our filing date from August 17th to August 19th (CM/ECF Doc 29) and this request seeking a final two-day extension for the reasons set forth below.

I emailed opposing counsel this morning but have not heard back so feel it's time to simply ask the Court directly for this final extension. I wouldn't hole out hope for his consent in any case based upon the history of this matter.

As previously stated in communications with the Court, I am a solo practitioner with a heavy caseload, having spent all of June winding up the affairs of my recently deceased sister in Florida. I still remain in the midst of catch-up, with Defendant's motion to dismiss being my current priority. This additional and final two-day extension request comes out of a medical matter. Without going into unnecessary detail, I suffer from what's known as Long Covid, with my last bout being in January. It is a sporadic condition and I am under the care of a fantastic medical team led by my primary care physician and cardiologist, Dr. Patrick Frattelone, my PCP of 25 years. In point of fact, I suffered a massive heart attack in mid-2024, requiring triple bypass surgery at Columbia/NY Presbyterian, which has been

determined to be likely from the cause of Covid, and while fully recovered from that event, the Long Covid condition comes up from time to time, quite randomly, and causes extreme fatigue, severe muscle aches and significant brain fog making work impossible when it happens.

Last week, in seeking the two extra days simply because I needed the time due to my playing catchup on all of my work, I felt fine and believed I would be able to spend the weekend on the MTD and complete it by tomorrow for the scheduled Wednesday filing. Unfortunately, my Long Covid flared up late Friday evening and continued thru most of Sunday, leaving me completely incapable of working on this motion.

This morning I woke with the acute phase having passed and am back working on the motion as we speak, but it is simply not feasible to complete the motion and file it on Wednesday as planned since I lost the very two days I was granted by the Court last week.

Respectfully, knowing we all want to get this motion filed, I ask, based upon medical need, and my own desire after 36 years of practice to produce a proper product for the Court for two additional days to file our motion, no later than this Friday, August 21, 2026. I do respectfully represent that this will be my final request for an extension to this motion.

I am mindful opposing counsel, if he responds, will not consent to my request, but these things happen in life and I sometimes we simply have no control over the impact, especially when a medical matter is involved. I would lately note that there is no prejudice to the Plaintiff in granting this application other than trying the patience of opposing counsel which is not a basis to deny this short final request.

I thank the Court for your kind attention to this matter.

Respectfully Submitted,

*Robert D. Werth*

Robert D. Werth, Esq.

Defendant's request for a two day extension is GRANTED over Plaintiff's objection. Unless Plaintiff provides an alternative briefing schedule, Plaintiff's opposition brief is due by September 18, 2026 and Defendant's reply by October 2, 2026. The Clerk of Court is respectfully directed to terminate the pending motion at ECF No. 30.

CC: Aleksander B. Milch, Esq. (Via ECF and email)
Kingstate Corp. (Via Email)

SO ORDERED: *Andrew L Carter Jr*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 17, 2026